```
ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-3423
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
ALVIN SPADE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              )<br>        Plaintiff,   )<br>              )<br>v.            )<br>              )<br>ALVIN SPADE,       )<br>              )<br>        Defendants.   ) | No. CR 01-0344 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |

Alvin Spade is currently on supervised release with a condition that he undergo drug treatment. Mr. Spade is currently attending drug treatment. The Probation Office indicates that they interpret the current drug treatment condition as mandatory; however, they have indicated that if the condition was discretionary, then Probation would not currently require Mr. Spade to undergo drug treatment.

IT IS HEREBY STIPULATED between the parties, with the agreement of the Probation Office, that Alvin Spade's supervised release conditions may be modified so that Mr. Spade is only required to attend drug treatment if the Probation Office, in its discretion, determines he should attend drug treatment.

**SO STIPULATED:**

DATED: 12/10/2010                    /S/Owen Martikan
                                     OWEN MARTIKAN
                                     Assistant U.S. Attorney

1
2
3
4  DATED:12/10/2010                    /S/Erik Babcock
                                      ERIK G. BABCOCK
5                                     Attorney for Defendant
6
7     **SO ORDERED.**
8
   DATED:  1/4/2010
9                                     _____
                                      HONORABLE MARILYN H. PATEL
10                                    United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

- 2 -